THE ATTORNEY-GENERAL *v*. THE CONTINENTAL LIFE INSURANCE COMPANY.

(Argued June 16, 1885 ; decided June 26, 1885.)

*Lucius McAdam* for appellant.

*James M. Gifford* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.